JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>AZALEA LANDSCAPE & ENVIRONMENTAL SERVICES, et al.,<br><br>Defendants. | Case No.: CV 11-6285 DSF (PJWx)<br><br>JUDGMENT |

The Clerk having entered default against Defendants Erik Santos Bernal, Azalea Landscape & Environmental Services (Azalea), and Azalea Landscape & Environmental Services, Inc. (Azalea, Inc.), the Court having granted Plaintiff's motion for default judgment in favor of Plaintiff and against Azalea, Azalea, Inc., and Erik Santos Bernal, and the Court having dismissed the claims against Defendant Carlos Bea Bernal,

IT IS ORDERED AND ADJUDGED that:

judgment be awarded against Azalea, Azalea, Inc., and Erik Santos Bernal jointly and severally in the amount of $14,847.95;

judgment be awarded against Azalea in the amount of $81.38;


judgment be awarded against Azalea, Inc. in the amount of $37.50;

judgment be awarded against Erik Santos Bernal in the amount of $78.50;

Plaintiff recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920; and

this judgment shall not have res judicata effect, operate as a bar or affect any other limitation of any right of Plaintiff or the employee benefit plans on whose behalf Plaintiff brought this action to determine and collect any amount due, or that comes due, by any more of the defendants to any one or more of the employee benefit plans for any month after September 2010, including but not limited to through enforcement of any contractual or other legal obligation of the defendants to produce records for audit.

Dated: ____8/28/14_____   _____
                                      Dale S. Fischer
                                  United States District Judge